Richard E. Ungar (SBN 113897)
LAW OFFICES OF RICHARD E. UNGAR, A.P.C.
844 3rd Street, Suite A
Santa Monica, CA 90403
Phone Number: (310) 356 6311
Facsimile: (310) 362-8688
Email: rickungar@gmail.com

Bryan M. Sullivan, State Bar No. 209743
bsullivan@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & MCRAE, LLP
6420 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff and Cross-Defendant RICHARD E. UNGAR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RICHARD E. UNGAR, an individual, | Case No. CV11-10506 CAS (SHx) |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| v. | |
| KATHY EASTHAGEN, an individual and d/b/a KARMABATS, and Does 1-20, inclusive. | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement between Plaintiff and Counter-Defendant Richard E. Ungar and Defendant and Counterclaimant Kathy Easthagen, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above

/ / /

/ / /

/ / /

1
Stipulation And Order For Voluntary Dismissal With Prejudice

1 | captioned action in its entirety, including all counterclaims, with each party bearing
2 | their own costs.

3     IT IS SO ORDERED.

4

5 Dated: June 14, 2012

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
United States District Court Judge