Richard E. Ungar (SBN 113897)
LAW OFFICES OF RICHARD E. UNGAR, A.P.C.
844 3rd Street, Suite A
Santa Monica, CA 90403
Phone Number: (310) 356 6311
Facsimile: (310) 362-8688
Email: rickungar@gmail.com

Bryan M. Sullivan, State Bar No. 209743
bsullivan@earlysullivan.com
EARLY SULLIVAN WRIGHT
   GIZER & MCRAE, LLP
6420 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff and Cross-Defendant RICHARD E. UNGAR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. UNGAR, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHY EASTHAGEN, an individual and d/b/a KARMABATS, and Does 1-20, inclusive.<br><br>　　　　Defendants. | Case No. CV11-10506 CAS (SHx)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement between Plaintiff and Counter-Defendant Richard E. Ungar and Defendant and Counterclaimant Kathy Easthagen, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above

/ / /

/ / /

/ / /

captioned action in its entirety, including all counterclaims, with each party bearing their own costs.

IT IS SO ORDERED.

Dated: June 14, 2012

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
United States District Court Judge